JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUOI VAN DUONG, | ) NO. CV 20-5565-JFW (KS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| WARDEN, | ) |
| Defendant. | ) |

Pursuant to the Court's Order,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 26, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE